# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**TIMOTHY BUBB,**

                **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　**Case No.: 16-cv-270**

**NANCY BERRYHILL,**
    **Commissioner of Social Security,**

                **Defendant.**

## NOTICE OF APPEAL

*Notice is hereby given* that Timothy Bubb, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated December 28, 2016 and the judgment dated December 28, 2016 by Federal District Magistrate Judge Stephen L. Crocker which affirmed the decision of the Defendant, Nancy Berryhill, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 24th day of February, 2017.

                                                      **DUNCAN DISABILITY LAW, S.C.**
                                                      Attorneys for the Plaintiff

                                                      /s/ Dana W. Duncan
                                                      _____
                                                      Dana W. Duncan
                                                      State Bar I.D. No. 01008917
                                                      555 Birch St
                                                      Nekoosa, WI 54457
                                                      (715) 423-4000